HANNAH M. HOPSON, SBN 335867
THE HOPSON FIRM, P.C.
8880 Rio San Diego Dr. Suite 800
San Diego, CA 92108
Tel: (312) 648-6145
Fax: (312) 648-6202
Email: hannah@thehopsonfirm.com

Attorney for Plaintiff
STEFFON NUTALL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFFON NUTALL, | ) Case No. 24-cv-01710-L-JLB |
| Plaintiff, | ) **JOINT STATUS REPORT** |
| v. | ) |
| CITY OF SAN DIEGO; OFFICER ROBERT GLADYSZ, | ) District Judge: Hon. M. James Lorenz<br>) Court Room: 5B<br>) Magistrate Judge: Hon. Jill L. Burkhardt<br>) Court Room: 5A |
| Defendants. | ) |

The parties, by and through their respective counsel, and in accordance with the Order of the Honorable M. James Lorenz, dated June 13, 2025 [ECF No. 13]. Counsel hereby jointly submit the following status report:

1. The criminal matter of *The People vs. Steffon Levardamio Nutall*, (SCD303533) has concluded.

2. The matter was pending in The Superior Court of California, County of San Diego, Central Courthouse.

Dated: June 17, 2025                              Respectfully submitted,
                                                  THE HOPSON FIRM, P.C.

                                                  By: /s/Douglas Hopson, Esq.
                                                        Douglas Hopson, Esq.

                                                  Attorney for Plaintiff
                                                  STEFFON NUTALL

Dated: June 17, 2025                                         HEATHER FERBERT, City Attorney

                                                    By  /s/ *Keith Phillips*
                                                         Keith Phillips
                                                         Chief Deputy City Attorney
                                                         Attorneys for Defendants


Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I, Douglas Hopson, Esq., attest that the above signatory, Keith Phillips, Esq. has read and approved the foregoing and consent to its filing in the above-titled action(s).


Dated: June 17, 2025                                         THE HOPSON FIRM, P.C.

                                                         By: /s/Douglas Hopson, Esq.
                                                             Douglas Hopson, Esq.

                                                             Attorney for Plaintiff
                                                             STEFFON NUTALL